UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **Case No. 24-cr-371-02** |
| § | |
| **OSCAR WATTELL** § | |

**UNOPPOSED JOINT
MOTION FOR COURT-ORDERED TRANSCRIPTS**

COMES NOW, OSCAR WATTELL, the Defendant by and through his attorney of record, Michael DeGeurin, and files this Joint Motion for Court-Ordered Transcripts. In support, Mr. Wattell submits the following:

Fifty-three (53) defendants are charged in the above number cause. Of these defendants, at least Forty-Eight (48) have either CJA or FPD as their legal counsel. Multiple defendants have either entered guilty pleas or intend to be rearraigned; three defendants had a bench trial; and multiple defendants are awaiting a Jury Trial. The Court has held pretrial conference hearings and a bench trial, but no transcripts have been ordered or obtained. Rather than having multiple requests for transcripts from multiple parties, Mr. Wattell, joined by the majority of his co-defendants, respectfully requests that this Court order the Court Reporters to transcribe and make available to the defendants the following:

1) Day One through Five of the Bench Trial held on September 29, 2025, September 30, 2025, October 01, 2025, October 03, 2025, and October 06,

2025. Including pretrial motions and rulings, direct and cross of the trial witnesses, and opening and closing arguments.

2) The Pretrial Conferences held on June 16, 2025, July 7, 2025, August 12, 2025, September 16, 2025, and September 22, 2025.

3) The Detention Hearings held on July 30, 2024, and August 2, 2024.

The requested transcripts are relevant not only to those defendants preparing for trial but also to those preparing for sentencing.

    Respectfully Submitted,

/s/ Michael DeGeurin
Michael DeGeurin
Federal Bar No. 23288
Foreman DeGeurin & DeGeurin
300 Main St. 3rd Floor
Houston, Texas 77002
Telephone No. (713) 655-9000
Facsimile No. (713) 655-1812
Attorney for Oscar Wattell

### CERTIFICATE OF CONFERENCE

The government is unopposed to this request for Transcripts.

/s/ Michael DeGeurin
Michael DeGeurin

2

## **CERTIFICATE OF SERVICE**

On the day of filing a true and correct copy of this filing was emailed to Assistant United States Michael Day.

<u>/s/ Michael DeGeurin</u>

Michael DeGeurin